UNITED STATES COURT OF INTERNATIONAL TRADE                          FORM  1

| |
|---|
| INTERFOR SALES & MARKETING LTD.; and INTERFOR CORPORATION, <br><br> **Plaintiffs,** <br><br> v. <br><br> UNITED STATES, *et al.*, <br><br> **Defendants.** |

S U M M O N S

Court No. 25-00105

PUBLIC VERSION

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Portal, North Dakota | Center (if known): | 3403 |
| Protest Number: | 340325100624 | Date Protest Filed: | 04/04/2025 |
| Importer: | Interfor Sales & Marketing Ltd. | Date Protest Denied: | 05/04/2025 |
| Category of Merchandise: | Softwood Lumber | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| Redacted - See Confidential Exhibit A | | | | | |

Jackson D. Toof
ArentFox Schiff LLP
1717 K Street, N.W.
Washington, D.C. 20006
(202) 857-6130
jackson.toof@afslaw.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Softwood Lumber | 4407.13.0000<br>4407.14.0000<br>4421.99.9880<br>4407.19.0067<br>4407.19.0069<br>4407.19.0066<br>4418.83.0000<br>4410.12.0020 | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

CBP's decision to deny ISM's requests to reinstate suspension status of the purported liquidation of the Subject Entries.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

06/11/2025
_____
*Date*

Form 1-3

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 4

| |
|---|
| INTERFOR SALES & MARKETING LTD.; and INTERFOR CORPORATION<br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES, *et al.*,<br>       Defendants. |

SUMMONS 25-00105

**TO:** The Above-Named Defendants:

  You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



      **/s/ Mario Toscano**
      Clerk of the Court

      Name, Address, Telephone Number and
      E-mail Address of Plaintiff's Attorney

      Jackson D. Toof
      ArentFox Schiff LLP
      1717 K Street, N.W.
      Washington, D.C. 20006
      (202) 857-6000
      jackson.toof@afslaw.com

Signature of Plaintiff's Attorney

06/11/2025

Date

\* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)